[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11682
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 10, 2011
JOHN LEY
CLERK

D. C. Docket No. 3:09-cr-00111-RV-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALIRIO SILVA-MONTOYA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(March 10, 2011)

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Alirio Silva-Montoya in this

direct criminal appeal, has filed a motion to withdraw from further representation

of the appellant, because counsel believes that the appeal is without merit.  Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED**, and Silva-Montoya's conviction and sentence are **AFFIRMED**.